IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| STEPHEN C. STANKO ) | |
|       *Petitioner*, ) | NO. 1:24-mc-00504-RMG-SVH |
| v. ) | |
| BRYAN P. STIRLING, Commissioner, ) | |
|   South Carolina Department of Corrections, ) | |
|   and JOSEPH CANNING III, Warden, ) | |
|   Broad River Secure Facility. ) | |
| ) | |
|       *Respondents.* ) | |

## CERTIFICATE OF SERVICE

I, Lindsey S. Vann, hereby certify that I have this date served the Motion to Proceed *In Forma Paupris* in the above-captioned case upon counsel for Respondents via US Mail and email:

    Melody Brown (mbrown@scag.gov)
    Anthony Mabry (amabry@scag.gov)
    Office of Attorney General
    PO Box 11549
    Columbia, SC 29211


                                                      s/ Lindsey S. Vann

July 3, 2024.